UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>D. BRUNK, *et al.*,<br><br>            Defendants. | Case No. 1:22-cv-00302-BAK (EPG) (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that, **within forty-five (45) days** of the date of service of this order, Plaintiff shall submit a completed and signed application to proceed *in forma pauperis* or pay the $402.00 filing fee for this action.  **No requests for extension of time will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

The Clerk of Court is DIRECTED to attach an IFP application form to this Order.
IT IS SO ORDERED.

Dated:    **March 17, 2022**                        /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE