UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>                    Plaintiff,<br><br>         v.<br><br>D. BRUNK, *et al.*,<br><br>                    Defendants. | Case No. 1:22-cv-00302-AWI-CDB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF No. 8)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. On March 15, 2022, Plaintiff initiated this action by filing a complaint asserting a First Amendment retaliation claim against Defendants. (ECF No. 1.) On March 17, 2022, the Court ordered Plaintiff to submit an application to proceed *in forma pauperis* ("IFP") or pay the $402.00 filing fee within forty-five days. (ECF No. 5.) The deadline passed, and Plaintiff failed to submit an IFP application or pay the filing fee.

On May 25, 2022, the Court entered findings and recommendations to dismiss this action without prejudice for failure to comply with a court order and failure to prosecute. (ECF No. 8.) The Court advised that Plaintiff could file objections to the findings and recommendations within twenty-one days. (*Id.*)

///

On June 6, 2022, Plaintiff filed objections to the findings and recommendations, stating, "Please read the attach[ed] court order has all been filed Case No. 1:22-cv-00405-JLT-HBK PC." (ECF No. 9.) However, Plaintiff cannot simply reference and attach IFP documents from another case, particularly when Plaintiff has three strikes under 28 U.S.C. § 1915(g).[1] In the first informational order entered on March 15, 2022, the Court advised Plaintiff:

> The first page of every document filed with the Court must contain a caption showing the name(s) of the plaintiff and defendants(s), the name of the document being filed, the case number assigned to the action followed by the initials of the District Court Judge and the Magistrate Judge to whom the case is assigned, and the letters "PC." Local Rule 133. <u>If a party has more than one case pending and wants to file the same document in more than one case, the party must provide a separate copy of that document, with the correct case number in the first page caption, for each case.</u> Documents with more than one case number in the caption may be stricken/returned.

(ECF No. 3 at 2, ¶ (II)(F)) (emphasis added).  Plaintiff's pleading error appears to be inadvertent rather than a willful failure to comply with a court order or the Local Rules.

Accordingly, IT IS HEREBY ORDERED:

1. The Court's findings and recommendations issued on May 25, 2022, (ECF No. 8), are VACATED;

2. **Within thirty (30) days** from the date of service of this order, Plaintiff shall submit a completed and signed application to proceed *in forma pauperis* or pay the $402.00 filing fee for this action;

3. Alternatively, Plaintiff may file a notice of voluntary dismissal; and

///
///
///
///

---

[1] This Court has repeatedly denied Plaintiff IFP status because he has more than three strikes and failed to allege imminent danger under 28 U.S.C. § 1915(g). *See, e.g.*, *Harris v. Cisneros*, Case No. 1:22-cv-00721-JLT-HBK, (ECF Nos. 9. 10);  *Harris v. Fiches*, Case No. 1:22-cv-00715-JLT-CDB (PC), (ECF Nos. 9, 10); *Harris v. C.*, Case No. 1:21-cv-01684-AWI-SKO (PC), (ECF Nos. 6, 13); *Harris v. C.*, Case No. 1:21-cv-01664-JLT-SAB (PC), (ECF Nos. 3, 6, 13); *Harris v. C.*, Case No. 1:21-cv-01685-JLT-BAM (PC), (ECF Nos. 8, 11); *Harris v. C.*, 1:21-cv-01665-JLT-BAM 9PC), (ECF Nos. 5, 9).

4. The Clerk of Court is DIRECTED to attach an IFP application form to this order. **No requests for extension of time will be granted without a showing of good cause**. **Failure to comply with this order may result in a recommendation for the dismissal of this action.**

IT IS SO ORDERED.

Dated: __October 13, 2022__                    _____
                                                UNITED STATES MAGISTRATE JUDGE

3