UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BRUNK, *et al.*,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00302-AWI-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>(Doc. No. 12)<br><br>Clerk of Court to close the case. |

　　Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On November 14, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this case without prejudice for Plaintiff's failure to comply with a court order and to prosecute this case. (Doc. No. 12). In particular, Plaintiff failed to submit an application to proceed *in forma pauperis* or pay the $402.00 filing fee as ordered. (*Id.*)

　　Plaintiff filed timely objections requesting the Court to command the prison to provide a copy of his trust account statement, purportedly to determine whether he has enough money to pay the filing fee. (Doc. No. 13.) Upon request from the Clerk of Court, the California

Department of Corrections and Rehabilitation submitted Plaintiff's trust account statement, which reflects that Plaintiff's account balance as of December 7, 2022, was $0.66.  (Doc. Nos. 14, 15.)  Plaintiff is clearly unable to pay the filing fee at this time, and he has failed to comply with the Court's order requiring Plaintiff to submit an *in forma pauperis* application.[1]  (*See* Doc. No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on November 14, 2022, (Doc. No. 12), are adopted in full;
2. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with a court order and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 12, 2022                                         /s/ signature
                                                              SENIOR DISTRICT JUDGE

---

[1] As noted in this previous order, this Court has repeatedly denied Plaintiff IFP status because he has more than three strikes and failed to allege imminent danger under 28 U.S.C. § 1915(g). (Doc. No. 11) (citing *Harris v. Cisneros*, Case No. 1:22-cv-00721-JLT-HBK, (Doc. Nos. 9. 10); *Harris v. Fiches*, Case No. 1:22-cv-00715-JLT-CDB (PC), (Doc. Nos. 9, 10); *Harris v. C.*, Case No. 1:21-cv-01684-AWI-SKO (PC), (Doc. Nos. 6, 13); *Harris v. C.*, Case No. 1:21-cv-01664-JLT-SAB (PC), (Doc. Nos. 3, 6, 13); *Harris v. C.*, Case No. 1:21-cv-01685-JLT-BAM (PC), (Doc. Nos. 8, 11); *Harris v. C.*, 1:21-cv-01665-JLT-BAM 9PC), (Doc. Nos. 5, 9)).